# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 371 MAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 372 MAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 373 MAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |

BOARD OF SUPERVISORS OF : No. 374 MAL 2018
WILLISTOWN TOWNSHIP,
 :
 :
Respondent : Petition for Allowance of Appeal from
 : the Order of the Commonwealth Court
 :
v. :
 :
 :
MAIN LINE GARDENS, INC. AND :
COFFMAN ASSOCIATES, LLC, :
 :
Petitioners :

BOARD OF SUPERVISORS OF : No. 375 MAL 2018
WILLISTOWN TOWNSHIP,
 :
 :
Respondent : Petition for Allowance of Appeal from
 : the Order of the Commonwealth Court
 :
v. :
 :
 :
MAIN LINE GARDENS, INC. AND :
COFFMAN ASSOCIATES, LLC, :
 :
Petitioners :

BOARD OF SUPERVISORS OF : No. 376 MAL 2018
WILLISTOWN TOWNSHIP,
 :
 :
Respondent : Petition for Allowance of Appeal from
 : the Order of the Commonwealth Court
 :
v. :
 :
 :
MAIN LINE GARDENS, INC. AND :
COFFMAN ASSOCIATES, LLC, :
 :
Petitioners :

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 29th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.